UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 23-cv-23917-CMA

JAMES WATSON,

     Plaintiff,

v.

BOTTLED BLONDE MIAMI LLC,
d/b/a Bottled Blonde

     Defendant.

_____/

## <u>MOTION FOR CONTINUANCE</u>

Plaintiff, James Watson, by and through the undersigned counsel, hereby moves for a continuance of the deadline for Defendant's Answer to the Complaint in this action, [DE 4], and in support thereof states as follows:

1.     On October 16, 2023, Plaintiff completed service of process on Defendant, setting a deadline for Defendant's Answer to Complaint currently due on November 6, 2023. [DE 4]

2.     The undersigned have been contacted by Counsel on Defendant's behalf, and the parties are actively engaged in discussions to resolve the case. Counsel for Defendant intends to use the requested period of time to continue to communicate with Plaintiff's counsel to determine if the matter can be resolved without further litigation. Counsel is not admitted in Florida nor in the Southern District of Florida.

3.     Accordingly, Plaintiff respectfully requests this Court to continue Defendant's deadline for ten (10) days, to file an appearance and/or answer to Plaintiff's Complaint, on or before November 15, 2023.

<strong>Watson v. Bottled Blonde<br>Case No. 23-cv-23917-CMA</strong>

4.      This request for an extension of time would not prejudice any party and is being made in good faith and not for the purpose of undue delay.

WHEREFORE Plaintiff, James Watson respectfully requests that the Court grant a brief extension and continue Defendant's deadline to Answer the Plaintiff's Complaint for ten (10) day until and including November 15, 2023, and any further relief the Court deems just and proper.

Respectfully submitted this November 6, 2023.

By: */s/ J. Courtney Cunningham*
J. Courtney Cunningham, Esq.
FBN: 628166
J. COURTNEY CUNNINGHAM, PLLC
8950 SW 74th Court, Suite 2201
Miami, Florida 33156
Telephone:  305-351-2014
cc@cunninghampllc.com
legal@cunninghampllc.com

*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on November 6, 2023, an electronic copy of the foregoing document was filed with the Clerk of Court using the CM/ECF system which will send notice of electronic filing to all parties and Counsel of record.

By: */s/ J. Courtney Cunningham*
J. Courtney Cunningham, Esq.
J. COURTNEY CUNNINGHAM, PLLC
8950 SW 74th Court, Suite 2201
Miami, Florida 33156
T:  305-351-2014
cc@cunninghampllc.com
legal@cunninghampllc.com

*Counsel for Plaintiff*