**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 23-23917-CIV-ALTONAGA/Damian**

**JAMES WATSON**,

     Plaintiff,

vs.

**BOTTLED BLONDE MIAMI LLC**,

     Defendant.

_____/

## ORDER ADMINISTRATIVELY CLOSING CASE

**THIS CAUSE** is before the Court on the Plaintiff's Motion for Continuance [ECF No. 6], filed on November 6, 2023.  Plaintiff requests an extension of time for Defendant to file a response to the Complaint because the parties are engaged in settlement discussions.  The Court having carefully reviewed the file, and being otherwise fully advised, it is hereby

**ORDERED AND ADJUDGED** as follows:

1.  The above-styled action is administratively **CLOSED** without prejudice to the parties to file a stipulation for dismissal within **sixty (60) days** of the date of this Order.

2.  If the parties fail to complete the expected settlement, either party may request the Court to reopen the case.

3.  The Clerk shall **CLOSE** this case for administrative purposes only.  Any pending motions are **DENIED AS MOOT**.

**DONE AND ORDERED** in Miami, Florida, this 7th day of November, 2023.

_____
**CECILIA M. ALTONAGA**
**CHIEF UNITED STATES DISTRICT JUDGE**